THE NEW YORK LUMBER TRADE ASSOCIATION et al., Appellants, *v.* MARTIN LACEY, Individually and as President of the Transportation Trades Council of the Port of New York and Vicinity et al., Respondents, Impleaded with Others.

(Argued November 21, 1935; decided December 10, 1935.)

*Walter Gordon Merritt, Walter K. Bennett* and *Henry Clifton, Jr.,* for appellants.

*Louis B. Boudin* and *Edward C. Maguire* for labor unions, respondents.

*Raymond E. Stefferson* for Luckenbach Steamship Company, Inc., respondent.

*Ray Rood Allen* for American Export Lines et al., respondents.

Judgment affirmed, with costs; no opinion. (See 269 N. Y. 677.)

Concur: CRANE, Ch. J., LEHMAN, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: HUBBS, J. Not sitting: O'BRIEN, J.